*/s/ Alyse Fowler*
Alyse Fowler (PHI086)
ASB-1344-Z13D

**ALYSE FOWLER LAW LLC**
P. O. Box 130
Elba, AL 36323
(334) 697-4020
Alyse@AlyseFowlerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Alyse Fowler
Of Counsel