**IN THE UNITED STATES COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KAELYN FILLINGIM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CV-00789-CWB |
| | ) | |
| **NAU COUNTRY INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RENEWED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND, IN THE ALTERNATIVE, TO STAY LITIGATION AND COMPEL ARBITRATION**

Defendant NAU Country Insurance Company ("NAU"), by and through its undersigned attorneys, and moves to dismiss Plaintiff's Amended Complaint [Doc. 20], and in the alternative, to stay litigation and compel arbitration.

Since NAU filed its original Motion to Dismiss Plaintiff's Complaint And, in the Alternative, to Stay Litigation and Compel Arbitration [Doc. 5] [the "Motion], Plaintiff Fillingim filed an Amended Complaint. [Doc. 20]. The facts and legal authorities supporting the Motion apply to the Amended Complaint to the same extent they applied to the original Complaint [Doc. 1-1]. Accordingly, NAU renews the arguments made in its original Motion and specifically incorporates as if set out fully herein its original Motion [Doc. 5] and its Reply in Support of its Motion to

Dismiss [Doc. 18]. Plaintiff Fillingim's claims against NAU are preempted and must be dismissed, or, in the alternative, stayed until she obtains the requisite non-compliance determination from FCIC.

WHEREFORE, NAU respectfully requests that the Court grant its Renewed Motion to Dismiss Plaintiff's Amended Complaint And, in the alternative, to stay litigation and Compel arbitration. .

*/s/ Madeline E. Hughes*
Al T. Teel (ASB-2400-O84V)
Madeline E. Hughes (ASB-4428-D19F)
Riley L. Brown (ASB-7600-W29U)

**ATTORNEYS FOR DEFENDANT NAU COUNTRY INSURANCE COMPANY**

**BURR & FORMAN LLP**
Shipt Tower, Suite 3400
420 N 20th Street
Birmingham, Alabama 35203
(205) 251-3000 (Telephone)
(251) 714-6898 (Facsimile)
Email:
mhughes@burr.com
ateel@burr.com
rbrown@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 26th day of November 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alyse Fowler
ALYSE FOWLER LAW LLC
Post Office Box 130
Elba, AL 36323
ALYSE@ALYSEFOWLERLAW.COM

*Counsel for Plaintiff*

*/s/ Madeline E. Hughes*
OF COUNSEL